JUDGE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR14-223RSL |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |
| DAVID MICHAEL SCHWABLAND, | |
| Defendant. | |

THE COURT has considered defendant's motion to continue the trial date and pretrial motions deadline (Dkt. # 17), as well as defendant's knowing and voluntary waiver (Dkt. # 18). The Court grants the motion and finds that:

1. Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, research the legality of the searches conducted in this case, prepare pretrial motions, consult with the client (which is complicated by the client's current location), and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv).

2. This case is sufficiently complex, because it involves two separate crimes on separate dates and separate locations, that it would be unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the current trial schedule, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii).

3. The ends of justice served by granting a continuance therefore outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to Thursday, February 12, 2015, and that pretrial motions shall be filed no later than December 12, 2014.  The period of delay from the date of this order to the new trial date is hereby excluded under 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(ii), (iv).

DONE this 7th day of October, 2014.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge