UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID MICHAEL SCHWABLAND,<br><br>　　　　　Defendant. | Case No. CR14-223RSL<br><br>AMENDED[1] ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DATES |

　　　　Having reviewed the record in this case, the Court hereby finds as follows:

　　　　1.　　A failure to order a continuance in this case would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

　　　　2.　　This case is sufficiently complex, because it involves two separate crimes on separate dates and separate locations, that it would be unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii).

　　　　3.　　The ends of justice will be served by ordering a continuance in this case; a continuance is necessary to ensure adequate time for defense negotiations and investigation, effective trial preparation, and an opportunity for defendant to benefit from these efforts, and these factors outweigh the best interests of the public and

---

[1] The original order granting a continuance (Dkt. # 60) was incorrectly dated April 5, 2015; the corrected date is the only change to the original order.

ORDER CONTINUING TRIAL AND
PRETRIAL MOTIONS DATES - 1

defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to Monday, September 28, 2015, and that pretrial motions shall be filed no later than Monday, August 31, 2015.  The period of delay from the old trial date of February 12, 2015 to the to the new trial date is hereby excluded under 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(ii), (iv).

Defendant's speedy trial waiver is due no later than Friday, May 15, 2015.

DATED this 7th day of May, 2015.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL AND
PRETRIAL MOTIONS DATES - 2